April 15, 2011

Mr. Barnet B. Skelton Jr.
Barnet B. Skelton Jr., PC
712 Main Street, Suite 1705
Houston, TX 77002-2543

Mr. Thomas Kirkendall
2 Violetta Ct.
The Woodlands, TX 77381
Mr. Russell S. Post
Beck Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010

Mr. Dick Watt
Watt Beckworth Thompson & Henneman, LLP
711 Louisiana Street
Houston, TX 77002

RE: Case Number: 10-0581
 Court of Appeals Number:
 Trial Court Number: 08-40840

Style: O. LEE TAWES, III
 v.
 DORIS BARNES, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE
 OF LEON MCNAIR BARNES, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Mr. Lyle |
| |Cayce |